UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 04 CR 281 |
| | ) | Hon. James B. Moran |
| ROBERT B. CREAMER | ) | |

## ORDER

This Court, having considered the motion of the government pursuant to Fed. R. Crim. P. 36 to correct clerical errors in Counts 19, 20 and 30 of the Indictment presented orally during the status conference held on May 3, 2005, and to which the defendant does not object,

IT IS HEREBY ORDERED:

1. The "Tax Payment Date" of "April 30, 1998" alleged in Count 19 of the Indictment is corrected to read "April 30, 1997";

2. The "Tax Payment Date" of "July 30, 1998" alleged in Count 20 of the Indictment is corrected to read "July 30, 1997"; and

3. The "Tax Payment Date" of "April 30, 2001" alleged in Count 30 of the Indictment is corrected to read "April 30, 2000."

ENTER:

JAMES B. MORAN
United States District Court

Dated at Chicago, Illinois
this ___ day of May, 2005